UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

        RON ABRAHAM                               Case No.24-23034-SHL
                                                              Chapter 7

                        Debtor.
-----------------------------------------------------------X

## AFFIRMATION IN SUPPORT OF MOTION FOR SANCTIONS

ROBERT S. LEWIS, ESQ., an attorney duly licensed to practice law in the Courts of the State of New York and in the United States District Court for the Southern, being mindful of the penalties of perjury, affirms and states as follows:

1.     I am the attorney for the Debtor herein Ron Abraham, and as such I am fully familiar with the facts and circumstances of this matter through conversations with my client and a review of books and records in my possession.

2.     This motion is filed pursuant to 11 USC § 362(a) seeking sanctions for violation of automatic stay.

3.     On November 27, 2024, the Debtor Ron Abraham filed a petition for voluntary relief under Chapter 7 of title 11 USC of the bankruptcy code ("Bankruptcy Filing"). The case was filed in an expedited manner to avoid personal liability of business debt, and to avoid collection demands from a previous business partner William Laun.

4.     The Debtor is insolvent and filed in good faith.

5.     William Laun was listed as a creditor on Schedule E/F and was served a Notice of Chapter 7 Bankruptcy Case by the court at 8 Pearl Street Cortland, NY 13045.

6.    William Laun and his attorney Peri Berger, Esq., ("Mr. Berger") were also notified of the Bankruptcy Filing by email on November 27, 2024, as annexed hereto Exhibit "A".

7.    The Debtor's 341(a) Meeting of Creditors ("341 Meeting") was held on December 20, 2024, and an appearance was made by Mr. Berger on behalf of William Laun.

8.    On or about January 10, 2025, the Debtor received a string of text messages from William Laun in which he demanded payment for certain business equipment as annexed hereto as Exhibit "B". Such conduct constitutes a willful violation of the automatic stay pursuant to §362(a) of the Bankruptcy Code.

9.    Therefore, it is respectfully requested that the Court enter an Order Granting the Notice of Motion for Sanctions against William Laun and imposing sanctions for the attorney fees and costs in the amount of $1,216.00, which he caused the Debtor, in having to bring this motion pursuant to 11 U.S.C. §105 and the inherent jurisdiction of the court.

**WHEREFORE**, the Debtor respectfully prays that this court issue its order (1) finding that the Notice of Motion for Sanctions was appropriate in the particular circumstances of this case; (2) imposing sanctions on William Laun for the attorney fees and costs in the amount of $1,216.00, and for such other relief as the Court deems just and equitable.

Dated: January 29, 2025
       Nyack, New York

                           /s/ Robert S. Lewis
                           ROBERT S. LEWIS, ESQ.
                           Law Offices of Robert S. Lewis, P.C.
                           29 Main Street
                           Nyack, New York 10960
                           (845) 358-7100