# EXHIBIT "A"

# LAW OFFICES OF ROBERT S. LEWIS, P.C.

 Outlook

## RE: Ron Abraham Case No. 24-23034-shl

**From** Jasmine Rosa <Jasmine.lewlaw@outlook.com>
**Date** Wed 11/27/2024 12:04 PM
**To** Robert Lewis <Robert.LewLaw1@gmail.com>; will.laun75@gmail.com <will.laun75@gmail.com>; peri.berger@saul.com <peri.berger@saul.com>

📎 1 attachment (160 KB)
NOB.pdf;

Dear Mr. Berger:

This office has been retained to represent the above referenced Debtor in a Chapter 7 Bankruptcy proceeding. On November 27, 2024, our office filed a voluntary petition for relief in the United States Bankruptcy Court for the Southern District of New York, which was assigned Case No. *24-23034*.

Please be advised that the filing of the Debtor's Bankruptcy case triggers the automatic stay pursuant to §362 of the Bankruptcy Code. Please cease any collection activity immediately.

--
Sincerely,

Jasmine M. Rosa
Law Office of Robert S. Lewis, PC
Legal Assistant/ Loss Mitigation
29 Main Street
Nyack, New York 10960
Phone: (845) 358-7100
Fax No. (845) 262-6849

PLEASE DO NOT SUBMIT DOCUMENTATION BY JPEG OR IPIC. DOCUMENTS MUST BE SUBMITTED BY WORD AND OR PDF FORMAT.

Confidentiality: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message.

IRS Circular 230 Disclosure: Any tax advice contained in this message (including any attachments and enclosures) was not intended or written to be used, and cannot be used (i) by any taxpayer for the purpose of avoiding any penalties that may be imposed on the taxpayer, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**IMPORTANT: _NEVER_ WIRE FUNDS TO THIS OR ANY OFFICE WITHOUT VERBAL VERIFICATION. ALWAYS CALL THIS OFFICE BEFORE YOU WIRE. YOU MUST**

**VERBALLY VERIFY THE <u>AMOUNT</u> AND THE <u>WIRING INSTRUCTIONS</u> BEFORE YOU WIRE!**