# EXHIBIT "B"

# LAW OFFICES OF ROBERT S. LEWIS, P.C.

**William Laun**

Also the equipment you owe me

How would you like to give me the money

For the missing items

Send me an invoice!!

You have the agreement

Read the numbers you owe

And Venmo me it

> I don't know what you're missing because I didn't drop off the equipment to Kevin, so send me an invoice for how much it is

> Itemized

...ment Description         Equipment
              Value          Location












9:34  🔔 🔕 📶 67%

 **William Laun** 📞 📹 ⋮

> Itemized

| ...ment Description | Value | Equipment Location |
|---|---|---|
| a, Baseplate, Camera | $140.29 | Equipment in possession of the *ABRAHAM PARTIES* |
| onit~~or~~ | ~~$180~~ | ~~...ABRAHAM PARTIES~~ |
| ok Air | $1,618.92 | Equipment in possession of the *ABRAHAM PARTIES* |
| v Cable | $30.33 | Equipment in |

## 140.29 + 1,618.92

> If you want it payed as per to the agreement send me what your missing in formal writing and how much each item is

So I can give it to the proper people

What you owe from equipment transfer stayed in the agreement

Mac book air $1,62

   

 William Laun

Remove it from your account

The domain is owned by ur account

Not in there anymore

It expired

Didn't pay for it

To renew

Instead of paying for a new one, I'm going to renew it because it's more$ to buy it again

> Can't transfer ownership if I don't own it

Also the equipment you owe me

How would you lik give me the money

RCS message

9:35                       67%

←   **William Laun**          📞     📹     ⋮

If ifs not rolling papers

I would also like to say u can deny
that phrase all you want

Proof will be in the pudding



I just can't beliveb you think this is
all gonna go away

> What exactly is going away?

All the money you owe roll sweet.

9:34

William Laun

I know your busy in Canada but as stated in the agreement

Technically your in violation of the agreement as that money was already supposed to be paid

Oh am I really?

Technically I believe it was 15 days maybe

But I know it wasn't 2 months

soo lmk